UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| REGINALD BELL, | ) | CASE NO. C06-0004-RSM-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR EXTENSION OF TIME |
| DENNIS LEE, et al., | ) | TO AMEND COMPLAINT |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court, having reviewed plaintiff's motion for extension of time, and the balance of the record, does hereby ORDER:

(1) Plaintiff's motion for an extension of time to file his amended complaint (Dkt. No. 14) is GRANTED. Plaintiff may file his amended complaint not later than *May 15, 2006*. Plaintiff is advised that his failure to timely file his amended complaint may result in a recommendation that this action be dismissed for failure to prosecute.

(2) The Clerk shall direct copies of this Order to plaintiff and to the Hon. Ricardo S. Martinez.

DATED this  20th  day of April, 2006.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO AMEND COMPLAINT
PAGE -1