UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| REGINALD BELL, | ) | CASE NO. C06-0004-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| DENNIS LEE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

In January 2006, plaintiff Reginald Bell presented to this Court for review a series of documents indicating his intent to pursue a civil rights action in this Court. Among the documents submitted by plaintiff were a document entitled "Complaint," and a document entitled "Form to be Used by a Prisoner in Filing a Complaint Under the Civil Rights Act 42 U.S.C. § 1983." Both documents identified defendants and set forth claims for relief.

On February 27, 2006, this Court issued an Order in which it advised plaintiff that because he had presented multiple pleadings in this action, and because his claims were confusing, the Court would not order service of the complaint on defendants. The Court further advised plaintiff that if he wished to pursue this action, he must first file a single complaint which clearly and

REPORT AND RECOMMENDATION
PAGE -1

01 concisely set forth his constitutional claims and the facts supporting those claims.  Plaintiff was
02 granted thirty days within which to file his amended complaint, and was advised that his failure
03 timely file an amended complaint would result in a recommendation from this Court that the
04 instant action be dismissed, with prejudice, under Fed. R. Civ. P. 41(b).
05     Plaintiff subsequently moved for an extension of time to file his amended complaint.  (Dkt.
06 No. 14.)  The Court granted plaintiff's motion and directed him to file his amended complaint not
07 later than May 15, 2006.  (Dkt. No. 15.)  To date plaintiff has filed no amended complaint.
08 Because plaintiff has not timely filed an amended complaint which clearly and concisely sets forth
09 his claims for relief, this Court recommends that this action be dismissed, with prejudice, under
10 Fed. R. Civ. P. 41(b).  A proposed order accompanies this Report and Recommendation.
11     DATED this 20th day of June, 2006.

                                    _____
13                                   Mary Alice Theiler
                                    United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2