UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| REGINALD BELL, | ) | CASE NO. C06-0004-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| DENNIS LEE, et al. | ) | |
| Defendants. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This matter is DISMISSED, with prejudice, under Rule 41(b) of the Federal Rules of Civil Procedure; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 7th day of July, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE -1